UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS CAMPFIELD,<br><br>Defendant. | CASE NO.: 1:26-mj-421<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO: HONORABLE SALLY J. BERENS
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF MICHIGAN

Now comes Vito S. Solitro, Assistant United States Attorney for the Western District of Michigan, and attorney for the petitioner, and brings this Petition for Writ of Habeas Corpus Ad Prosequendum, and in support thereof respectfully states unto this Honorable Court as follows:

1. That on or about October 1, 2026 a criminal complaint was filed charging defendant Nicholas Campfield with possession with intent to distribute 500 grams or a more of a mixture or substance containing methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii).

2. That the defendant is presently incarcerated at Ottawa County Jail, and that he cannot be produced and appear before this Court for a hearing on October 2, 2026 at 12:00 p.m. without an order of this Court.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum may issue out of the Court directed to the Sheriff of the Ottawa County Jail and to each and all of his assistants, to surrender the said defendant to the United States Marshal for the Western District of Michigan, or his deputies, or any federal agent for transportation to Grand Rapids, Michigan, and further directing the United States Marshal for the Western District of Michigan, and his deputies, to have the said defendant before this Court at Grand Rapids, Michigan, and at such other times and dates as the Court may decree, on October 2, 2026 at 12:00 p.m. for an initial appearance before Magistrate Judge Sally J. Berens and after the conclusion of this case that said defendant be returned to the Sheriff of the Ottawa County Jail.

TIOMTHY VERHEY
United States Attorney

____________________________
VITO S. SOLITRO
Assistant United States Attorney

**ORDER**

Let a Writ of Habeas Corpus Ad Prosequendum issue as prayed for in the foregoing petition, returnable October 2, 2026 at 12:00 p.m. for an initial appearance before Magistrate Judge Sally J. Berens, in Grand Rapids, Michigan.

Dated: ________________

____________________________
SALLY J. BERENS
United States Magistrate Judge